# United States District Court
## for the
## Northern District of Iowa

### Order Modifying the Conditions of Supervision

Name of Offender: Glen Alan Muzingo                                   Case Number: CR 92-1-1-LRR

Name of Sentencing Judicial Officer: The Honorable Edward J. McManus, Senior U.S. District Judge

Date of Original Sentence: January 5, 1993

Original Offense: Bank Robbery and Possession of a Machine Gun

Original Sentence: 37 months imprisonment, a 3 year Term of Supervised Release

Type of Supervision: Supervised Release                    Date Supervision Commenced: October 17, 2014

---

This matter comes before the Court on a Motion for Modification of Conditions of Supervised Release. On October 22, 2014, the defendant appeared for proceedings before the Honorable Linda R. Reade, Chief U.S. District Judge in U.S. District Court for the Northern District of Iowa. As a result of this hearing, the Court ordered that all other terms and special conditions of the original sentence remain in full force and effect. In addition, the Court ordered the following modification(s) of the defendant's conditions of supervision:

1. **You must reside in a Residential Reentry Center for a period of up to 90 days. The Court may release you before 90 days when you complete a mental health evaluation and provide a list of individuals who can transport you to appointments or you obtain a driver's license. This placement will be in the community corrections component with work release privileges. While a resident of the Residential Reentry Center, you must abide by all rules and regulations of the facility.**

2. **You will be placed on electronic monitoring, which includes the Global Positioning Satellite System (GPS). You must pay the costs associated with this program as determined by the U.S. Probation Office. While being monitored, you must abide by all the rules and regulations of the monitoring program.**

3. **You must submit to a search of your person, residence, adjacent structures, office and vehicle, conducted by a U.S. Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release. Failure to submit to a search may be grounds for revocation. You must warn any other residents that the residence or vehicle may be subject to searches pursuant to this condition. This condition may be invoked with or without the assistance of law enforcement, include the U.S. Marshals Service.**

4. **If not employed at a regular lawful occupation, as deemed appropriate by the U.S. Probation Office, you shall participate in employment workshops and report, as directed, to the U.S. Probation Office to provide verification of daily job search results or other employment related activities. In the event you fail to secure employment, participate in the employment workshops or provide verification of daily job search results, you may be required to perform up to 20 hours of community service per week until employed.**

5. **You must participate in a mental health evaluation and/or treatment program. You must take all medications prescribed to you by a licensed psychiatrist or physician.**

6. **You must not have contact during your term of supervision with your ex-wife, Terri Muzingo; your children, Jeff Muzingo and Julie Muzingo Ewalt; and retired Benton County Sheriff's Detective Peter Wright, in person or by a third party. This includes no direct or indirect contact by telephone, mail, email, or by any other means.**

Linda R. Reade
Chief U.S. District Judge

Date: October 23, 2014